# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 4, 2024

## NO. 03-23-00333-CV

**Texas State University, Appellant**

**v.**

**Sylvia Guillen, Appellee**

**APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying the plea to the jurisdiction and motion for summary judgment signed by the trial court on May 15, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.